JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 90–8332 (A–946). BIRD *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 88–6833. MOON *v.* GEORGIA, 499 U. S. 982;

No. 89–7024. MCCLESKEY *v.* ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, 499 U. S. 467;

No. 90–1226. HOPE *v.* UNITED STATES, 499 U. S. 983;

No. 90–1265. OSHATZ *v.* UNITED STATES, 500 U. S. 910;

No. 90–1332. COHEN *v.* BERGER, 499 U. S. 962;

No. 90–1442. BUSH ET UX. *v.* WATER POLLUTION CONTROL AUTHORITY FOR THE TOWN OF WATERFORD, 500 U. S. 906;

No. 90–1519. CAMOSCIO *v.* HODDER ET AL., 500 U. S. 906;

No. 90–5946. HINCHEY *v.* ARIZONA, 499 U. S. 963;

No. 90–6756. SCEIFERS *v.* DUCKWORTH, WARDEN, 499 U. S. 978;

No. 90–6933. MATHIS *v.* WAYNE COUNTY FRIEND OF THE COURT ET AL., 499 U. S. 928;

No. 90–7044. DELBRIDGE ET AL. *v.* NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES, 499 U. S. 940;

No. 90–7107. READ ET UX. *v.* DUCK ET AL., 499 U. S. 964;

No. 90–7120. POPE *v.* DEPARTMENT OF THE ARMY, 499 U. S. 978;

No. 90–7192.  WHIGHAM v. FOLTZ, WARDEN, 499 U. S. 942;

No. 90–7194.  SMITH v. CALGON CARBON CORP. ET AL., 499 U. S. 966;

No. 90–7337.  LE BLANC v. UNIVERSITY OF MICHIGAN, AKA BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN, 500 U. S. 908;

No. 90–7509.  MALONE v. MISSOURI, 500 U. S. 929; and

No. 90–7615.  SMITH v. NEW YORK STATE WORKERS' COMPENSATION BOARD, 500 U. S. 926.  Petitions for rehearing denied.

No. 90–992.  NEVADA ET AL. v. WATKINS, SECRETARY OF ENERGY, ET AL., 499 U. S. 906.  Motion for leave to file petition for rehearing denied.

JUNE 18, 1991

No. 90–1780.  H & M CONSTRUCTION CO., INC., ET AL. v. TELL CITY CHAIR CO., INC.  C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 46.

JUNE 19, 1991

No. 90–949.  WARD v. ATTRIDGE, MAGISTRATE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, ET AL.  C. A. D. C. Cir.  Certiorari dismissed under this Court's Rule 46.

JUNE 20, 1991

No. A–953.  FEINSTEIN ET AL. v. UNITED STATES ET AL.  Application for partial stay of an order of the United States District Court for the Southern District of New York, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.